UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sabuwh Muhammad,

      Plaintiff,

  -against-

Andrew Saul,

      Defendant.

1:19-cv-07638 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

  The Court is in receipt of a motion to dismiss Plaintiff's Complaint filed by the Commissioner on November 20, 2019. (*See* ECF No. 14.) The pro se Plaintiff shall respond to the Commissioner's motion no later than December 20, 2019. The Commissioner shall reply no later than January 8, 2020.

  As set forth in Judge Aaron's Individual Practices, a pro se party must mail all filings and communications with the Court to the Pro Se Intake Unit located at **500 Pearl Street, Room 200, New York, NY 10007**. A pro se party may not call Chambers or send any document or filing directly to Chambers. Submissions requiring immediate attention should be hand-delivered to the Pro Se Intake Unit.

  In addition, the Court strongly encourages pro se Plaintiff to consult a legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit). The Clinic is located

in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. The Clinic will be able to provide pro se Plaintiff with basic information about the legal process. A party without legal representation can make an appointment in person or by calling 212-659-6190.

Chambers will mail this Order to pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
November 21, 2019

_____
STEWART D. AARON
United States Magistrate Judge



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic cannot assist individuals while they are incarcerated, except in connection with court ordered settlement efforts, but can provide assistance to litigants once they are released from custody.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

**Thurgood Marshall United States Courthouse**
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

_____

**The Hon. Charles L. Brieant Jr. Federal Building and Courthouse**
300 Quarropas St
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12 p.m. - 4 p.m.
Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.



a beneficiary of UJA Federation of New York