USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sabuwh Muhammad,

                Plaintiff,

-against-

Andrew Saul,

                Defendant.

1:19-cv-07638 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff's December 23, 2019 opposition to Defendant's motion to dismiss, which was due on December 20, 2019. (*See* ECF Nos. 22-23.) Due to Plaintiff's *pro se* status, the Court accepts Plaintiff's filing even though it is out of time. Accordingly, the Commissioner's time to reply is hereby extended to January 13, 2020.

The Clerk of the Court is directed to mail this Order to *pro se* Plaintiff.

**SO ORDERED.**

DATED:    New York, New York
              December 27, 2019

_____
STEWART D. AARON
United States Magistrate Judge