UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Sabuwh Muhammad,
                Plaintiff,

-against-

Andrew Saul,
                Defendant.
-----------------------------------------------------------X

19 CIVIL 7638 (SDA)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 31, 2020, the Commissioner's motion to dismiss is GRANTED, and this action is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
        January 31, 2020

                                      **RUBY J. KRAJICK**
                                      **Clerk of Court**

        **BY:**

                                        **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020